The Honorable Thomas S. Zilly

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DUY T. MAI,<br><br>Plaintiff,<br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | Case No. 2:24-cv-01102-TSZ<br><br>**NOTICE OF SUPPLEMENTAL AUTHORITY** |

TO: THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON; and

TO: PLAINTIFF AND HIS COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant in the above-entitled matter, pursuant to LCR 7(n) of the Local Rules of the United States District Court for the Western District of Washington, hereby submits the following as supplemental authority in connection with the parties' pending motions for summary judgment:

(1) The opinion by the Supreme Court of the United States in *United States v. Hemani*, 608 U.S. ----, No. 24-1234, 2026 WL 1751710, at *10 n.6 (June 18, 2026).



**UNITED STATES ATTORNEY**
700 STEWART STREET, SUITE 5220
SEATTLE, WA 98101-1271
206-553-7970

A copy of the above-cited opinion is attached for reference as Exhibit A to this Notice of Supplemental Authority.

DATED this 30th day of June, 2026.

Respectfully submitted,

*s/ Alixandria K. Morris*

ALIXANDRIA K. MORRIS, TX No. 24095373
TANIA M. CULBERTSON, WSBA No. 45946
Assistant United States Attorneys
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-7970
Fax: 206-553-4073
Email: alixandria.morris@usdoj.gov
Email: tania.culbertson@usdoj.gov

*Attorneys for United States of America*