UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DUY T. MAI,<br>Plaintiff,<br>v.<br>UNITED STATES OF AMERICA,<br>Defendant. | C24-1102 TSZ<br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) On review, the Court DENIES Frank Edwin Pate's *pro se* motion for leave to file an amicus brief, docket no. 41.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record and to Mr. Pate at his address: 5289 SH 121, #1080, The Colony, TX 75056.

(3) The Clerk is further directed to correct the docket to indicate that the motion filed on October 13, 2026, docket no. 41, was filed by Mr. Pate, not by Plaintiff Duy T. Mai.

Dated this 19th day of October, 2026.

Joshua C. Lewis
Clerk

s/Grant Cogswell
Deputy Clerk